```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                          CASE NO. 04 B 24942
        AMELIA J GUZMAN
                                                    CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR

            Debtor
        SSN XXX-XX-0277
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/02/04 and confirmed on 10/29/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   9610.20 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 7598.05 | .00 | 7598.05 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| PROVIDENT BANK PCFS FINA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ACTIVE CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SMITH & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND DEPARTMENT MGMT | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7598.05 | .00 | .00 | .00 | 7598.05 |
| PRINCIPAL PAID | 7598.05 | .00 | .00 | .00 | 7598.05 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7598.05 | .00 | .00 | .00 | 7598.05 |

The Debtor's attorney, THOMAS R HITCHCOCK                , was allowed $    2200.00
and was paid $    600.00  direct and $   1600.00  through the plan.

The Trustee received $    412.15 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/16/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 24942 AMELIA J GUZMAN